No. 61. SOUTHERN EXPRESS COMPANY *v.* VIRGINIA EX REL. BUFORD; No. 62. SOUTHERN EXPRESS COMPANY *v.* VIRGINIA EX REL. PENDLETON; No. 63. SOUTHERN EXPRESS COMPANY *v.* VIRGINIA EX REL. MCCOLGAN; No. 64. SOUTHERN EXPRESS COMPANY *v.* VIRGINIA EX REL. MCGAVOCK; and No. 65. SOUTHERN EXPRESS COMPANY *v.* VIRGINIA EX REL. WALKER. Error to the Supreme Court of Appeals of the State of Virginia. Argued October 27, 1897. Decided November 1, 1897. *Per Curiam.* Judgments affirmed with costs and interest on the authority of *Chicago and Grand Trunk Railway Company* v. *Wellman*, 143 U. S. 339. *Mr. F. S. Blair* for plaintiffs in error. *Mr. James A. Walker* for defendants in error and *Mr. J. J. A. Powell* for defendants in error in Nos. 63 and 64.

No. 370. BALDWIN, GUARDIAN, *v.* COUNTY COMMISSIONERS OF WASHINGTON COUNTY. Error to the Court of Appeals of the State of Maryland. Submitted November 1, 1897. Decided November 8, 1897. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Oxley Stave Company* v. *Butler County*, 166 U. S. 648; *Eustis* v. *Bolles*, 150 U. S. 361, and cases cited. *Mr. Henry Kyd Douglas* for motion to dismiss. *Mr. Charles A. Boston* opposing.

No. 429. DURRANT *v.* HALE, WARDEN. Appeal from the Circuit Court of the United States for the Northern District of California. Submitted November 1, 1897. Decided November 8, 1897. *Per Curiam.* Final order affirmed, with costs, on the authority of *Hurtado* v. *California*, 110 U. S. 516; *Nordstrom* v. *Washington*, 164 U. S. 705; *Craemer* v. *Washington*, 168 U. S. 124. *Mr. William F. Fitzgerald* and *Mr. T. C. Catchings* for motions to dismiss or affirm. *Mr. A. L. Hart* and *Mr. F. P. Dewees* opposing.